FILED
CLERK, U.S. DISTRICT COURT

JUN 2 8 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ABDALLAH OSSEILY,

        Defendant.

No. SACR 19-00117-DOC

I N D I C T M E N T

[18 U.S.C. § 1344(1): Bank Fraud and Attempted Bank Fraud; 18 U.S.C. § 1425(a): Attempted Unlawful Procurement of Naturalization; 18 U.S.C. § 1015(a): False Statement in Immigration Proceeding]

The Grand Jury charges:

COUNTS ONE AND TWO

[18 U.S.C. § 1344(1)]

A.  INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.  Union Bank ("Union Bank") was a federally insured financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

2.  American Express Centurion Bank was a federally insured financial institution, the deposits of which were insured by the FDIC. Payments made to pay American Express credit cards were

deposited into accounts held by the American Express Centurion Bank ("American Express").

3.   Defendant ABDALLAH OSSEILY ("OSSEILY") owned and operated an electronics wholesale company, Simple Marketing Solutions, since 2015 in Buena Park, California.

B.   THE SCHEME TO DEFRAUD

4.   Beginning on or about July 8, 2016 and continuing until on or about February 22, 2018, in Orange County, within the Central District of California, and elsewhere, defendant ABDALLAH OSSEILY ("OSSEILY"), knowingly and with the intent to defraud, executed, and attempted to execute, a scheme to defraud financial institutions as to material matters.

5.   The fraudulent scheme operated, in substance, in the following manner:

a.   Defendant OSSEILY would apply for loans and increased credit card spending limits, including a business credit loan from Union Bank and an increased spending limit from American Express.

b.   A proof of his income to justify the loan and increased credit lines, defendant OSSEILY would provide tax return documents purporting to show that his business, Simple Marketing Solutions, reported a gross income of $945,932 in 2015.

c.   According to the 2015 tax return defendant OSSEILY actually filed with the Internal Revenue Service ("IRS") on April 15, 2016, defendant OSSEILY reported that Simple Marketing Solutions earned a gross income of $445,937 in 2015 -- a discrepancy of $499,995 between the gross income reported on the falsified tax return defendant OSSEILY fraudulently provided to financial institutions and the gross income OSSEILY reported to the IRS.

## C.   EXECUTION OF THE FRAUDULENT SCHEME

6.   On or about July 8, 2016, and on or about February 22, 2018, in Orange County, within the Central District of California, defendant OSSEILY committed the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | ACT |
|-------|-----|
| ONE | On or about July 8, 2016, defendant OSSEILY submitted a signed application for a Business Credit Loan of $50,000 to the Villa Park Branch of Union Bank.  As proof of his income, defendant OSSEILY provided Union Bank a falsified tax return for the 2015 tax year, which falsely claimed that the gross income earned by his company, Simple Marketing Solutions, was $945,932 – $499,995 more than the gross income defendant OSSEILY actually reported to the IRS for the 2015 tax year. |
| TWO | On or about January 10, 2018, defendant OSSEILY provided American Express a falsified tax return for the 2015 tax year in support of his application to increase the spending limit on two credit cards, which falsely claimed that the gross income earned by his company, Simple Marketing Solutions, was $945,932 – $499,995 more than the gross income defendant OSSEILY actually reported to the IRS for the 2015 tax year. |

COUNT THREE

[18 U.S.C. § 1425(a)]

On or about June 13, 2017, in Los Angeles County, within the Central District of California, defendant ABDALLAH OSSEILY ("OSSEILY"), knowingly and unlawfully attempted to procure for himself naturalization as a United States citizen, to which he was not entitled, by making, in connection with his naturalization application, the following material false statement, that he knew to be false when made, contrary to law and in violation of 18 U.S.C. § 1425(a):  In response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested," OSSEILY answered "No."  In fact, defendant OSSEILY knew at the time he made the statement that he had participated in, executed, and attempted to execute a scheme or artifice to defraud Union Bank on or about July 8, 2016, and had not been arrested for this crime.

COUNT FOUR

[18 U.S.C. § 1015(a)]

On or about March 5, 2019, in Los Angeles County, within the Central District of California, defendant ABDALLAH OSSEILY ("OSSEILY"), knowingly made a false statement under oath in a case, proceeding, and matter relating to, under, and by virtue of a law of the United States relating to naturalization, namely, while under oath during an interview in connection with his naturalization application to become a United States citizen, defendant OSSEILY falsely stated to a United States Customs and Immigration Services Officer that he had never committed, assisted in committing, or attempted to commit a crime or offense for which he had not been arrested.  In fact, defendant OSSEILY knew at the time he made the statement that he had participated in, executed, and attempted to

///

///

///

1  execute a scheme or artifice to defraud Union Bank on or about July

2  8, 2016, and American Express on or about January 10, 2019, and had

3  not been arrested for these crimes.

                                        A TRUE BILL

                                        /S/
                                        _____
                                        Foreperson


NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

ANNAMARTINE SALICK
Assistant United States Attorney
Deputy Chief, Terrorism and
Export Crimes Section