ANNAMARTINE SALICK (SBN. 309254)
Assistant United States Attorney
1500 United States Courthouse
312 N. Spring Street, Los Angeles, CA 90012
Telephone: (213) 894-3424

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:19-CR-00117-JAK |
| v. | |
| ABDALLAH OSSEILY | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged: **(List Documents)**

GOVERNMENT'S WITNESS LIST

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 21, 2020                                ANNAMARTINE SALICK
Date                                            Attorney Name
                                                UNITED STATES OF AMERICA
                                                Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**