NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
MATTHEW J. JACOBS (Cal. Bar No. Pending)
Assistant United States Attorney
Terrorism and Export Crimes Section
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3424/2213/0756
     Facsimile:  (213) 894-2927
     E-mail:     Annamartine.Salick2@usdoj.gov
                 Valerie.Makarewicz@usdoj.gov
                 Matthew.Jacobs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-117-JAK |
| Plaintiff, | RESPONSE TO DEFENDNAT'S SUPPLEMENTAL BRIEF REGARDING THE INSPECTOR GENERAL'S REPORT AND IN SUPPORT OF DEFENDANT'S FISA MOTION UNDER 18 U.S.C. § 1806 |
| v. | |
| ABDALLAH OSSEILY, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and the undersigned Assistant United States Attorneys, hereby files its response to defendant's supplemental brief regarding the Inspector General's interim report and in support of defendant's FISA motion under 18 U.S.C. § 1806. (Dkt. 115.)

This response is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: April 13, 2020              Respectfully submitted,

                                   NICOLA T. HANNA
                                   United States Attorney

                                   CHRISTOPHER D. GRIGG
                                   Assistant United States Attorney
                                   Chief, National Security Division


                                        /s/
                                   ANNAMARTINE SALICK
                                   MATTHEW J. JACOBS
                                   VALERIE L. MAKAREWICZ
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The thrust of defendant's supplemental brief is that the Justice Department Inspector General's March 2020 report (the "OIG Report") further supports his request for disclosure of materials defendant believes were obtained pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"). But defendant's reliance on the OIG Report does nothing to alter the fact that no evidence obtained or derived from FISA has or will be used against defendant, which the Court can confirm through its review of the government's ex parte and in camera Classified Information Procedures Act filings.

Defendant fails, yet again, to meet basic Fourth Amendment standing requirements or to overcome the long line of cases denying similar requests -- which the government detailed in its oppositions to defendant's FISA motion, see Dkt. 53 at 2-4, and the ACLU's amicus brief, see Dkt. 83 at 4-10. In their briefs supporting defendant's FISA motion, defendant and his amicus cite a variety of sources that have nothing to do with this case, including articles from the New York Times, the Washington Post, the Atlantic, and USA Today, a 2009 Inspector General report on post-9/11 surveillance, the Inspector General's December 2019 report related to surveillance of Carter Page, and, now, the Inspector General's March 2020 report. Yet the fact remains that the applicable statutes and relevant case law compel rejection of the extraordinary and unprecedented relief defendant seeks.