UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SA CR19-00117 JAK | Date | April 23, 2020 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | N/A |

| Cheryl Wynn | Lisa Gonzalez | Annamartine Salick / Matthew J. Jacobs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Abdallah Osseily | | X | X | Bilal Essayli / Andrew Brown | | X | X |

**Proceedings:** STATUS CONFERENCE

The Status Conference is held. The Court, counsel, Defendant, and court staff attend the proceeding telephonically. The Court reminds the parties that recording or re-broadcasting of the proceedings is strictly prohibited. Counsel address the Court.

Pursuant to the order issued on April 14, 2020, the Government confirms that they have provided the unclassified portions of its Classified Information Procedures Act ("CIPA") briefing to Defendant and Defendant confirms receipt. Without objection from the Government or Defendant, the Government is directed to file a copy of these unclassified portions of its CIPA briefing on the public docket. On or before May 4, 2020, Defendant shall file any response to the Government's unclassified briefing. On or before May 11, 2020, the Government shall file any reply. If either the Government or Defendant needs additional time beyond these deadlines, then the parties shall timely file a stipulation or application as appropriate.

Counsel and the Court confer as to continuance of the trial date. Subject to a speedy trial stipulation from Defendant, the following tentative schedule is set:

| | |
|---|---|
| August 20, 2020 | Deadline to file trial documents and motions in limine |
| September 3, 2020 at 8:30 a.m. | Final Pretrial Conference |
| September 8, 2020 at 9:00 a.m. | Trial Date |
| September 22, 2020 | TMAX |

Counsel shall continue to confer as to the status of Government Counsel's six-week trial in another matter scheduled for mid-July. If the trial in that matter is continued or otherwise rescheduled, then the parties shall file promptly a status report as to whether the trial date in this matter can be advanced.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL** #

\#
\#
After the conclusion of the status conference, the Court determines that any speedy trial stipulation shall be filed on or before April 30, 2020.

**IT IS SO ORDERED.**

|  | : | 15 |
|---|---|---|
|  | Initials of Deputy Clerk | cw |

cc: USPO/PSA