TODD BLANCE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Chief, Criminal Division
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorney
Major Frauds Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2450
        Facsimile: (213) 894-0104
        E-mail:    solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that **SOLOMON KIM** is departing the United States Attorney's Office, and all of the cases listed in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

//

//

//

//

//

//

Dated: February 27, 2026          Respectfully submitted,

                                  TODD BLANCHE
                                  Deputy Attorney General

                                  BILAL A. ESSAYLI
                                  First Assistant United States Attorney

                                  ALEXANDER B. SCHWABB
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                   /s/
                                  SOLOMON KIM
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

# ATTACHMENT  A

2:92-cr-01159

2:98-cr-00043

2:09-cr-00445

2:09-cr-01290

2:10-cr-00369

2:11-cr-00362

2:11-cr-00542

2:11-cr-00543

2:13-cr-00719

2:13-cr-00826

2:14-cr-00646

2:15-cr-00465

2:15-cr-00506

2:17-cr-00317

2:17-cr-00701

2:18-cr-00759

2:18-cr-00899

2:19-cr-00157

2:19-cr-00262

2:19-cr-00589

2:19-cr-00594

2:19-cr-00634

2:19-cr-00648

2:19-cr-00682

2:19-cr-00694

2:19-cr-00741

2:19-cr-00748

2:19-cr-00787

2:20-cr-00044

2:20-cr-00114

2:20-cr-00133

2:20-cr-00191

2:20-cr-00260

2:20-cr-00279

2:20-cr-00354

2:20-cr-00379

2:20-cr-00462

2:20-cr-00578

2:21-cm-00152

2:21-cr-00225

2:21-cr-00253

2:21-cr-00275

2:21-cr-00282

2:21-cr-00333

2:21-cr-00356

2:21-cr-00401

2:21-cr-00402

2:21-cr-00404

2:21-cr-00420

2:21-cr-00452

2:21-cr-00479

2:21-cr-00480

2:21-cr-00506

2:22-cr-00121

2:22-cr-00251

2:22-cr-00374

2:22-cr-00498

2:23-cr-00351

2:23-cr-00623

2:24-cr-00254

2:25-cm-00080

2:25-cr-00061

2:25-cr-00402

2:25-cr-00596

2:25-cr-00745

5:18-cr-00315

5:19-cr-00402

5:20-cr-00075

5:22-cr-00217

5:25-cr-00092

8:19-cr-00047

8:19-cr-00116

8:19-cr-00117

8:20-cr-00129

8:20-cr-00146

8:20-cr-00160

8:20-cr-00189

8:25-cr-00078